In the United States District Court for the **Western District** of Texas **Waco Division**

Troy Daniel Snyder
TDCJ # 1526319
*Plaintiff,*

V.

Robert Dillard and
Jason David Watson
*Defendants.*

Civil No. W-09-CA-254

FILED
APR 13 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## Plaintiff's Explanation of His De Novo Review Motion

To the Honorable Judge Walters. Smith, Jr.:

Comes now, Plaintiff Snyder, and files this motion to clear up any confusion caused by his earlier motion.

### I

Snyder is a state prisoner at the Ramsey Unit in Rosharon, Texas. Due to prison regulations, Snyder is NOT ALLOWED to receive video tapes, compact discs and/or digital video discs and is not allowed to possess them.

### II

Snyder's earlier motion was a request for a factual description on paper (similar to a Court Reporter's Record) of each and every event depicted on the patrol car videos

1 of 3

c.c.

from the night of the incident. Snyder needs this information in order to prepare for the trial of this case.

## III

Snyder request for a written description of the events on the DVD for the night in question or, IN THE ALTERNATIVE, for This Court to have a copy of the DVD sent to MRS. Leicht, Law Librarian, 1100 FM 655 - RAMSEY UNIT Rosharon, TX 77583-7670 with an ORDER for MRS. Leicht to Allow Snyder to view, AND MAKE notes from the DVD for Trial Preperation, on prison equipment and under MRS. Leicht's Supervision, the DVD that has the videos from All patrol Cars on the night of the incident. Snyder will not have equal access to evidence to prepare for the trial in this case otherwise and will suffer irreparable harm thereby.

## IV

Snyder reiterates his earlier request for appointment of counsel in this case. Even a simple matter like viewing video records to prepare for trial is beyond Snyder's ability due to the many prison regulations apparently unknown to Plaintiff's counsel and This Court.

WHEREFORE, Premises considered, Snyder respectfully moves and Prays for This Court to cause him to be furnished with a detailed, written account of everything on all patrol car video accounts the subject of this suit or to cause a copy of the Lost DVD to be

C.C.

sent to the Ramsey prison Unit's Law Librarian with a Court Order for Snyder to be allowed to view said DVD under prison staff supervision as much as Snyder needs to in order to take notes to prepare for the trial in this case; AND, to appoint counsel for Snyder to assist Snyder to prepare this case and present it at trial. SO RESPECTFULLY MOVED AND PRAYED FOR.

respectfully Submitted,

April 10th, 2012
EXECUTED ON

_Troy Daniel Snyder_
TROY D. SNYDER #1526319
RAMSEY 1 UNIT
1100 FM 655,
Rosharon, TX 77583-7670

## Declaration

I TROY Daniel Snyder, prisoner #1526319, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the above and following are all true and correct.

April 10th 2012
EXECUTED ON

_Troy Daniel Snyder_
TROY D. SNYDER #1526319

## Certificate of Service

This is to certify that a true and correct copy of the above was sent to Naman, Howell, Smith & Lee LLC via first class mail, postage paid, on the date below.

April 10th 2012
EXECUTED ON

_Troy Daniel Snyder_
TROY D. SNYDER #1526319

c.c.

LEGAL MAIL

Troy Snyder #1526319
Ramsey 1 Unit
1100 FM 655
Rosharon, TX, 77583-7670

United States District Court for the
Western District of Texas
U.S. District Clerk's Office
800 Franklin Ave, Room 380
Waco, TX, 76701

LEGAL MAIL

